JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE NGUYEN,<br>        Plaintiff,<br>    v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>        Defendant. | NO. CV 18-720-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: August 5, 2019

                                                _____
                                                KAREN L. STEVENSON
                                                UNITED STATES MAGISTRATE JUDGE